IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LIONELL DANIEL, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00280-MTT |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk